**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 265 EAL 2018
                   : 
           Respondent     : 
                   :    Petition for Allowance of Appeal from
                   :    the Order of the Superior Court
          v.              : 
                   : 
                   : 
WAVERLY BRIDGES,         : 
                   : 
           Petitioner       : 

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 11th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.

      Justice Donohue did not participate in the consideration or decision of this matter.